# United States District Court
## *Southern District of Georgia*

ROGER A. BRANTLEY

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV304-62

JO ANNE B. BARNHART, Commisioner
of Social Security Administration

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in accordance with the Court's Order dated September 27, 2005, judgment is hereby entered

reversing the Commissioner's final decision, pursuant to sentence four of 42 U.S.C. Section

405(g) and remanding case to the Commissioner for further consideration in accordance with

this opinion.

**E.O.D.**

9-27-05
DATE

INITIALS

September 27, 2005
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*